# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-1994

_____

NEAL ANTHONY CARTER, II/
VYBE NATION INTERNATIONAL
ENTERTAINMENT GROUP, LLC,

    Appellants,

    v.

STATE OF FLORIDA, OFFICE OF
FINANCIAL REGULATION,

    Appellee.

_____

On appeal from the Office of Financial Regulation.
Russell C. Weigel, III, Commissioner.

January 5, 2024

PER CURIAM.

    AFFIRMED.

RAY, BILBREY, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Nicole Benjamin of Benjamin Law Firm, P.A., Orlando, for Appellants.

Anthony Cammarata, General Counsel, and Lisa Martin, Assistant General Counsel, Office of Financial Regulation, Tallahassee, for Appellee.